## Otey's Admr's. *against* Rives.

*July,* 1826.

JUDGE *Crenshaw.*—On the question raised in this case, the Court are unanimously of opinion, that on appeals and writs of Error from the County Court to the Circuit Court, if the judgment is affirmed, fifteen per cent. damages should be allowed. The judgment of the Circuit Court must be affirmed.

*Kelly* and *Hutchingson*, for plaintiffs.

*McKenley* and *Hopkins*, for defendant in Error.

Judge *Taylor* not sitting.

Laws Ala. 188. *Bishop* against *Cox* and *Noble*, ante, 204. *Accordant.*

---

## McRory *against* Vinzant.

*July,* 1826.

JUDGE *Crenshaw.*—The only matter relied on as Error in this case is, that the cause was discontinued.

The Record shews that after this Error intervened, both parties appeared and proceeded to trial. It has been settled by former decisions of this Court, that such appearance and subsequent proceedings cure the defect. It is the opinion of the majority of the Court that the judgment be affirmed.

*Kennedy* against *Pickering*, adm'r. ante, 137.